DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEPHEN LAMPF,** and **LAMPF, LIPKIND, PRUPIS & PETIGROW, P.A.,**
Appellants,

v.

**GLADIOLUS SURGERY CENTER, LLC,** a Florida Limited Liability
Corporation,
Appellee.

No. 4D2023-1974

[June 27, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Bradley Gerard Harper, Judge; L.T. Case No. 50-2015-CA-001162.

Randall Burks and Robin Bresky of Schwartz Sladkus Reich Greenberg Atlas LLP, Boca Raton, for appellant Stephen Lampf.

Douglas F. Eaton of Eaton & Wolk, P.L., Miami, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and CONNER, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***